UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Isabel C. Balboa, Esquire
Chapter 13 Standing Trustee
Cherry Tree Corporate Center
535 Route 38, Suite 580
Cherry Hill, NJ  08002-2977
(856) 663-5002

**Order Filed on November 15, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:  GREGORY KEMP
      VALERIE JAMES-KEMP

              Debtors

Case No. 19-29304 (ABA)

Judge:  Andrew B. Altenburg, Jr.

### CONSENT ORDER
### RESOLVING BAD FAITH FILINGS AND ALLOWING CASE TO CONTINUE

The relief set forth on the following pages, numbered two (2) through two (2) is hereby
**ORDERED**.

**DATED: November 15, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**

Debtor:  **GREGORY KEMP AND VALERIE JAMES-KEMP**

Case No.  **19-29304 (ABA)**

**CONSENT ORDER RESOLVING BAD FAITH FILINGS AND ALLOWING CASE TO CONTINUE**

_____

Upon agreement with the Trustee and Debtors, for bad faith filing pursuant to 11 U.S.C. §1307 (c) and good cause appearing therefore, it is hereby;

**ORDERED** that Debtors' Chapter 13 case number 19-29304 (ABA) is hereby allowed to continue;

**IT IS FURTHER ORDERED** that if the Debtors' instant Chapter 13 case should be dismissed, such dismissal shall be with prejudice and Debtors shall be barred from filing for Chapter 13 bankruptcy protection for a period of 180 days from the date of dismissal of Debtors' case.


/s/ Cory F. Woerner                                11/14/2019
Law Offices of Seymour Wasserstrum                 Date
Debtors' Attorney


/s/ Isabel C. Balboa                               11/14/2019
Isabel C. Balboa                                   Date
Chapter 13 Standing Trustee