UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Isabel C. Balboa, Esquire
Chapter 13 Standing Trustee
Cherry Tree Corporate Center
535 Route 38, Suite 580
Cherry Hill, NJ  08002-2977
(856) 663-5002

**Order Filed on November 15, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:  GREGORY KEMP
        VALERIE JAMES-KEMP

                Debtors

Case No. 19-29304 (ABA)

Judge:  Andrew B. Altenburg, Jr.

## CONSENT ORDER
## RESOLVING BAD FAITH FILINGS AND ALLOWING CASE TO CONTINUE

    The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: November 15, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor: **GREGORY KEMP AND VALERIE JAMES-KEMP**
Case No. **19-29304 (ABA)**
**CONSENT ORDER RESOLVING BAD FAITH FILINGS AND ALLOWING CASE TO CONTINUE**

---

Upon agreement with the Trustee and Debtors, for bad faith filing pursuant to 11 U.S.C. §1307 (c) and good cause appearing therefore, it is hereby;

**ORDERED** that Debtors' Chapter 13 case number 19-29304 (ABA) is hereby allowed to continue;

**IT IS FURTHER ORDERED** that if the Debtors' instant Chapter 13 case should be dismissed, such dismissal shall be with prejudice and Debtors shall be barred from filing for Chapter 13 bankruptcy protection for a period of 180 days from the date of dismissal of Debtors' case.


/s/ Cory F. Woerner                                    11/14/2019
Law Offices of Seymour Wasserstrum              Date
Debtors' Attorney


/s/ Isabel C. Balboa                                    11/14/2019
Isabel C. Balboa                                          Date
Chapter 13 Standing Trustee

United States Bankruptcy Court
District of New Jersey

In re:  
Gregory Kemp  
Valerie James-Kemp  
    Debtors

Case No. 19-29304-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Nov 15, 2019  
                   Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 17, 2019.  
db/jdb         +Gregory Kemp,    Valerie James-Kemp,    913 Easy Street,    Millville, NJ 08332-1587

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                          TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 15, 2019 at the address(es) listed below:  
          Brian C. Nicholas     on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York, as Trustee et al... bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com  
          Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
          Rebecca Ann Solarz     on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York, as Trustee et al... rsolarz@kmllawgroup.com  
          Seymour Wasserstrum     on behalf of Debtor Gregory Kemp mylawyer7@aol.com, ecf@seymourlaw.net  
          Seymour Wasserstrum     on behalf of Joint Debtor Valerie James-Kemp mylawyer7@aol.com, ecf@seymourlaw.net  
          U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
                                                             TOTAL: 6