Form oavolssn − oavolssnv27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

                Case No.: 19−29304−ABA
                Chapter: 13
                Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Gregory Kemp                                   Valerie James−Kemp
   aka Gregory A Kemp                      913 Easy Street
   913 Easy Street                              Millville, NJ 08332
   Millville, NJ 08332

Social Security No.:
   xxx−xx−0482                                  xxx−xx−1966

Employer's Tax I.D. No.:

**ORDER RESPECTING
AMENDMENT TO VOLUNTARY PETITION AND/OR
STATEMENT ABOUT YOUR SOCIAL SECURITY NUMBERS**

    The Court having noted that the debtor filed an Amendment To Voluntary Petition and/or Statement About Your Social Security Numbers on 12/13/2019, and for good cause shown, it is

    ORDERED that the debtor must serve a copy of this Order and the Amendment To Voluntary Petition or Statement About Your Social Security Numbers on all creditors and/or parties−in−interest and the trustee in the case, if any, not later than 7 days after the date of this Order.

    It is further ORDERED that not later than 7 days after the date of this Order, the debtor must file the Local Form, Certification of Service, certifying compliance with the above requirements.

    It is further ORDERED that the creditors and/or parties−in−interest and the trustee have:

    1. until the original deadline, if any, fixed by the court to file a complaint to object to the debtor's discharge or dischargeability of certain debts, or 60 days from the date of this Order, whichever is later;

    2. until the original deadline, if any, fixed by the Court to file a proof of claim or required supplement, or 60 days from the date of this Order, whichever is later;

    3. until the original deadline fixed by the Court to object to exemptions, or 30 days from the date of this Order, whichever is later.

Dated: December 17, 2019
JAN: kaj

                                                         <u>Andrew B. Altenburg Jr.</u>
                                                         United States Bankruptcy Judge

United States Bankruptcy Court
District of New Jersey

In re:  
Gregory Kemp  
Valerie James-Kemp  
    Debtors

Case No. 19-29304-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1        User: admin        Page 1 of 1        Date Rcvd: Dec 17, 2019  
                      Form ID: oavolssn    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 19, 2019.  
db/jdb        +Gregory Kemp,   Valerie James-Kemp,   913 Easy Street,   Millville, NJ 08332-1587

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 18 2019 00:31:25     United States Trustee,  
       Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,  
       Newark, NJ 07102-5235  
                                                                                                                TOTAL: 1

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 19, 2019                                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 17, 2019 at the address(es) listed below:  
        Brian C. Nicholas    on behalf of Creditor   The Bank of New York Mellon FKA The Bank of New York,  
     as Trustee et al... bnicholas@kmllawgroup.com,  bkgroup@kmllawgroup.com  
        Denise E. Carlon    on behalf of Creditor   The Bank of New York Mellon FKA The Bank of New York,  
     as Trustee et al... dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com  
        Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com  
        Rebecca Ann Solarz    on behalf of Creditor   The Bank of New York Mellon FKA The Bank of New York,  
     as Trustee et al... rsolarz@kmllawgroup.com  
        Seymour Wasserstrum    on behalf of Debtor Gregory Kemp mylawyer7@aol.com,  ecf@seymourlaw.net  
        Seymour Wasserstrum    on behalf of Joint Debtor Valerie James-Kemp mylawyer7@aol.com,  
     ecf@seymourlaw.net  
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                   TOTAL: 7