UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1**

DENISE CARLON, ESQUIRE
KML LAW GROUP, P.C.
Sentry Office Plz
216 Haddon Ave.
Suite 406
Westmont, NJ 08018
dcarlon@kmllawgroup.com
Attorneys for Specialized Loan Servicing LLC as
servicing agent for The Bank of New York Mellon
FKA The Bank of New York, as Trustee for the
certificateholders of the CWABS, Inc., Asset-backed
Certificates, Series 2006-25

Order Filed on December 26, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| In Re: | Case No.:  19-29304 ABA |
| | Adv. No.: |
| Valerie James-Kemp, Gregory Kemp | Hearing Date:  12/18/19 @ 9:00 a.m. |
| | |
| Debtors. | Judge:  Andrew B. Altenburg, Jr. |

## ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through two (2) is hereby
**ORDERED**

**DATED: December 26, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Page 2

Debtor:              Valerie James-Kemp, Gregory Kemp
Case No.:            19-29304 ABA
Caption:             **ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO
                     DEBTOR'S CHAPTER 13 PLAN**

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Specialized Loan Servicing LLC as servicing agent for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., Asset-backed Certificates, Series 2006-25, holder of a mortgage on real property located at 913 Easy Street, Millville, NJ 08332, Denise Carlon appearing, by way of objection to the confirmation of Debtor's Chapter 13 Plan, and this Court having considered the representations of attorneys for Secured Creditor and Seymour Wasserstrum, Esquire, attorney for Debtors, and for good cause having been shown;

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Debtor is to obtain a loan modification by April 1, 2020, or as extended by a modified plan; and

It **ORDERED, ADJUDGED and DECREED** that Debtor is to make regular post-petition payments outside of the plan in accordance with the terms of the note and mortgage and applicable payment change notices while the loan modification is pending; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that the Trustee shall not make disbursements on Secured Creditor's proof of claim while Debtor is seeking a loan modification;

It is **FURTHER ORDERED, ADJUDGED and DECREED** that the Secured Creditor does not waive its rights to the pre-petition arrears or any post-petition arrears that may accrue; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that if the loan modification is not successful, Debtor shall modify the plan to otherwise address Secured Creditor's claim; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Secured Creditor's objection to confirmation is hereby resolved.