UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with
D.N.J.LBR 9004-1**

**STEWART LEGAL GROUP, P.L**.
*Formed in the State of Florida*
Gavin N. Stewart, Esq.
*Of Counsel to Bonial & Associates, P.C.*
401 East Jackson Street, Suite 2340
Tampa, FL 33602
Tel: 813-371-1231/Fax: 813-371-1232
E-mail: gavin@stewartlegalgroup.com
*Attorney for Creditor*

Order Filed on April 1, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

Gregory Kemp
*aka* Gregory A Kemp
Valerie James-Kemp

Debtors.

Chapter: 13

Case No.: 19-29304-ABA

Hearing Date: April 7, 2020

Judge: Andrew B. Altenburg Jr.

## CONSENT ORDER RESOLVING MOTION TO VACATE AUTOMATIC STAY

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: April 1, 2020**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Debtor:          Gregory Kemp and Valerie James-Kemp
Case No.:        19-29304-ABA
Caption of Order: **CONSENT ORDER RESOLVING MOTION TO VACATE
                 AUTOMATIC STAY**

THIS MATTER having been opened to the Court upon the Motion to Vacate the Automatic
Stay ("Motion") filed by Specialized Loan Servicing, LLC, as servicing agent for The Bank of
New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of CWABS,
Inc., Asset-Backed Certificates Series 2006-25 ("Creditor"), and whereas the Debtors and Creditor
seek to resolve the Motion, it is hereby stipulated and agreed to that:

1.    The automatic stay provided under 11 U.S.C. §362(a) shall remain in effect as to
Movant's interest in the following property: **913 East Street, Millville, NJ 08332** ("Property")
provided that the Debtors comply with the following:

   a.   The Debtors shall cure the post-petition arrearage amount of $13,147.55 by making
        three (3) consecutive monthly payments of $4,382.52 each beginning on April 1,
        2020; and

   b.   In addition to the above payments, the Debtors shall resume making the regular
        monthly payments to Creditor as they become due beginning with the April 1, 2020
        payment.

2.    All payments due hereunder shall be sent directly to Creditor at the following
address: Specialized Loan Servicing LLC, P.O. Box 636007, Littleton Colorado, 80163.

3.    The Debtors will be in default under the Consent Order in the event that the Debtors
fail to comply with the payment terms and conditions set forth in above Paragraph and/or if the
Debtors fail to make any payment due to Creditor under the Chapter 13 Plan.

4.    If the Debtors fail to cure the default within thirty (30) days from the date of default,
Creditor may submit a Certificate of Default to the Court on fourteen (14) days' notice to counsel

for Debtorss and the Chapter 13 Trustee for an order lifting the automatic stay imposed under 11

U.S.C. § 362(a) and permitting Movant to exercise any rights under the loan documents with

respect to the Property.

     5.     Movant is awarded reimbursement of attorney fees and costs in the amount of

$350.00 and $181.00, respectfully to be paid through the Chapter 13 Plan.

**STIPULATED AND AGREED**:


_/s/ Cory F. Woerner_  
Cory F. Woerner, Esq.  
Law Offices of Seymour Wasserstrum  
205 West Landis Avenue  
Vineland, NJ 08360  

_/s/Gavin N. Stewart_  
Gavin N. Stewart, Esq.  
Stewart Legal Group, P.L.  
401 East Jackson Street, Suite 2340  
Tampa, FL 33602

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 19-29304-ABA
Gregory Kemp                                                        Chapter 13
Valerie James-Kemp
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin          Page 1 of 1          Date Rcvd: Apr 01, 2020
                             Form ID: pdf903       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 03, 2020.
db/jdb        +Gregory Kemp,   Valerie James-Kemp,   913 Easy Street,   Millville, NJ 08332-1587

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 03, 2020                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 1, 2020 at the address(es) listed below:
          Brian C. Nicholas   on behalf of Creditor   The Bank of New York Mellon FKA The Bank of New York,
           as Trustee et al... bnicholas@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Denise E. Carlon   on behalf of Creditor   The Bank of New York Mellon FKA The Bank of New York,
           as Trustee et al... dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Gavin Stewart   on behalf of Creditor   Specialized Loan Servicing LLC bk@stewartlegalgroup.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
          Keri P. Ebeck   on behalf of Creditor   Consumer Portfolio Services, Inc. kebeck@bernsteinlaw.com,
           jbluemle@bernsteinlaw.com
          Rebecca Ann Solarz   on behalf of Creditor   The Bank of New York Mellon FKA The Bank of New York,
           as Trustee et al... rsolarz@kmllawgroup.com
          Seymour Wasserstrum   on behalf of Joint Debtor Valerie  James-Kemp mylawyer7@aol.com,
           ecf@seymourlaw.net;r47769@notify.bestcase.com
          Seymour Wasserstrum   on behalf of Debtor Gregory  Kemp mylawyer7@aol.com,
           ecf@seymourlaw.net;r47769@notify.bestcase.com
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                              TOTAL: 9