Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                        Case No.:  19−29304−ABA
                        Chapter:  13
                        Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Gregory Kemp                                          Valerie James−Kemp
   aka Gregory A Kemp                       913 Easy Street
   913 Easy Street                                   Millville, NJ 08332
   Millville, NJ 08332

Social Security No.:
   xxx−xx−0482                                      xxx−xx−1966

Employer's Tax I.D. No.:

## NOTICE OF HEARING

     NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:                July 21, 2020
Time:               10:00 AM
Location:       Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

*44* – Certification in Opposition to (related document:43 Creditor's Certification of Default (related document:31 Motion for Relief from Stay re: 913 East Street, Millville, NJ 08332. Fee Amount $ 181. filed by Creditor Specialized Loan Servicing LLC) filed by Gavin Stewart on behalf of Specialized Loan Servicing LLC. Objection deadline is 06/23/2020. (Attachments: # 1 Certification Regarding Post−Petition Payment History # 2 Exhibit Consent Order Resolving Motion to Vacate Automatic Stay # 3 Proposed Order # 4 Certificate of Service) filed by Creditor Specialized Loan Servicing LLC) filed by Seymour Wasserstrum on behalf of Valerie James−Kemp, Gregory Kemp. (Wasserstrum, Seymour)

and transact such other business as may properly come before the meeting.


Dated: June 24, 2020
JAN: kaj

                                                                             Jeanne Naughton
                                                                               Clerk