Form 173 – hrggeneral

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19−29304−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Gregory Kemp
   aka Gregory A Kemp
   913 Easy Street
   Millville, NJ 08332

   Valerie James−Kemp
   913 Easy Street
   Millville, NJ 08332

Social Security No.:
   xxx−xx−0482
   xxx−xx−1966

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

   NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:         July 21, 2020
Time:        10:00 AM
Location:     Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

*44* – Certification in Opposition to (related document:43 Creditor's Certification of Default (related document:31 Motion for Relief from Stay re: 913 East Street, Millville, NJ 08332. Fee Amount $ 181. filed by Creditor Specialized Loan Servicing LLC) filed by Gavin Stewart on behalf of Specialized Loan Servicing LLC. Objection deadline is 06/23/2020. (Attachments: # 1 Certification Regarding Post−Petition Payment History # 2 Exhibit Consent Order Resolving Motion to Vacate Automatic Stay # 3 Proposed Order # 4 Certificate of Service) filed by Creditor Specialized Loan Servicing LLC) filed by Seymour Wasserstrum on behalf of Valerie James−Kemp, Gregory Kemp. (Wasserstrum, Seymour)

and transact such other business as may properly come before the meeting.

Dated: June 24, 2020
JAN: kaj

                                              Jeanne Naughton
                                              Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Gregory Kemp  
Valerie James-Kemp  
     Debtors

Case No. 19-29304-ABA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Jun 24, 2020  
                        Form ID: 173     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 26, 2020.  
db/jdb         +Gregory Kemp,    Valerie James-Kemp,    913 Easy Street,    Millville, NJ 08332-1587

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                           TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 26, 2020                                                 Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 24, 2020 at the address(es) listed below:

        Brian C. Nicholas    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York, as Trustee et al... bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York, as Trustee et al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Gavin Stewart    on behalf of Creditor    Specialized Loan Servicing LLC bk@stewartlegalgroup.com  
        Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
        Keri P. Ebeck    on behalf of Creditor    Consumer Portfolio Services, Inc. kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com  
        Rebecca Ann Solarz    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York, as Trustee et al... rsolarz@kmllawgroup.com  
        Seymour Wasserstrum    on behalf of Joint Debtor Valerie James-Kemp mylawyer7@aol.com, ecf@seymourlaw.net;r47769@notify.bestcase.com  
        Seymour Wasserstrum    on behalf of Debtor Gregory Kemp mylawyer7@aol.com, ecf@seymourlaw.net;r47769@notify.bestcase.com  
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                                                               TOTAL: 9