| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J.LBR 9004-1**<br><br>**STEWART LEGAL GROUP, P.L**.<br>*Formed in the State of Florida*<br>Gavin N. Stewart, Esq.<br>*Of Counsel to Bonial & Associates, P.C.*<br>401 East Jackson Street, Suite 2340<br>Tampa, FL 33602<br>Tel: 813-371-1231/Fax: 813-371-1232<br>E-mail: gavin@stewartlegalgroup.com<br>*Attorney for Secured Creditor* | Order Filed on August 3, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>Gregory Kemp,<br>Valerie James-Kemp,<br><br><div align="right">Debtors.</div> | Chapter: 13<br><br>Case No. 19-29304-ABA<br><br>Hearing Date: July 21, 2020<br><br>Judge: Andrew B. Altenburg Jr. |

**ORDER CONDITIONALLY GRANTING RELIEF FROM THE AUTOMATIC STAY**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 3, 2020**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Debtor: Gregory Kemp and Valerie James-Kemp
Case No.: 19-29304-ABA
Caption of Order: **ORDER CONDITIONALLY GRANTING RELIEF FROM THE AUTOMATIC STAY**

THIS MATTER having been opened to the Court upon the Certification of Default ("COD") filed by Specialized Loan Servicing LLC as servicing agent for The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of CWABS, Inc., Asset-Backed Certificates, Series 2006-25 ("Creditor"), and whereas the post-petition arrearage was **$23,665.60** as of July 14, 2020, it is hereby **ORDERED**:

1. The automatic stay provided under 11 U.S.C. §362(a) shall remain in effect as to Creditor's interest in the following property: **913 Easy Street, Millville, New Jersey 08332** ("Property") provided that the Debtors comply with the following:

    a. On or before September 9, 2020, the Debtors shall cure the entire post-petition arrearage by tendering the same directly to Creditor;

    b. The Debtors shall resume making the regular contractual monthly payments directly to Creditor as each becomes due, beginning with the August 1, 2020 payment and continuing thereon per the terms of the underlying loan; and

    c. Remain current on all post-petition payment obligations, as well as all payments being paid through the Chapter 13 Plan.

2. The Debtors will be in default under this Order in the event that the Debtors fail to comply with the payment terms and conditions set forth in the above paragraphs.

3. If the Debtors fail to cure the default within thirty (30) days from the date of default, Creditor may submit a Certificate of Default to the Court, as well as a proposed order lifting the automatic stay imposed under 11 U.S.C. §362(a) and permitting Creditor to exercise any rights under the loan documents with respect to the Property.

4. Creditor is awarded reimbursement of attorney fees and costs in the amount of $250.00 to be paid as an administrative claim.