UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Moshe Rothenberg, Esq.
Attorney at Law
880 E. Elmer Road
Vineland, NJ 08360
Phone: (856) 236-4374
Fax: (856) 405-6769
Attorney for Debtor(s)

| In Re: | | |
|---|---|---|
| Gregory Kemp | Case No.: | 19-29304 |
| | Judge: | ABA |
| | Chapter: | 13 |

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1.      ☐  Motion for Relief from the Automatic Stay filed by _____, creditor,

A hearing has been scheduled for _____, at _____.

☒  Motion to Dismiss filed by the Chapter 13 Trustee.

A hearing has been scheduled for <u>10/16/2020, at 9:00 a.m.</u>

☐  Certification of Default filed by _____,

I am requesting a hearing be scheduled on this matter.

2.      I oppose the above matter for the following reasons **(choose one)**:

☐  Payments have been made in the amount of $ _____, but have not

been accounted for.  Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows (**explain your answer**):

☒ Other (**explain your answer**): I have just filed a motion to sever the case from my wife based on the fact that we will be separating. My understanding is that she has found another attorney who will be representing her, and that upon the Motion to Sever, she should be converting her case to a Chapter 7. I will be filing a modified plan to surrender the house and to pay for one car, therefore my payments should be substantially less than what they have been.

3.       This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4.       I certify under penalty of perjury that the above is true.

Date: <u>October 9, 2020</u>                                    <u>/s/ Gregory Kemp</u>
                                                                              Debtor's Signature

Date: <u>         </u>                                    <u>/s/               </u>
                                                                              Debtor's Signature

**NOTES:**

1.       Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee=s Motion to Dismiss.

2.       Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*