| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Moshe Rothenberg, Esq.<br>Attorney at Law<br>880 E. Elmer Road<br>Vineland, NJ 08360<br>Phone: (856) 236-4374<br>Fax: (856) 405-6769<br>Attorney for Debtor(s) | |
| In Re:<br><br>Gregory Kemp and Valerie James-Kemp | |

**Order Filed on October 20, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.:	19-29304

Chapter:	13

Adv. No.:	N/A

Hearing Date:	10/6/2020 @ 10:00 a.m.

Judge:	Andrew B. Altenburg

## ORDER TO SEVER CASE

The relief set forth on the following page, numbered two (2) is hereby **ORDERED.**

**DATED: October 20, 2020**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**
**Debtors:** Gregory Kemp and Valerie James-Kemp
**Case No:** 19-29304/ABA
**Caption of Order:** Order to Sever Case

---

Upon consideration of Gregory Kemp and Valerie James-Kemp's Motion for an Order to Sever, and good cause appearing therefore, it is hereby

**ORDERED** that the case of Gregory Kemp and Valerie James-Kemp is hereby severed; and

**IT IS FURTHER ORDERED** that the Clerk shall assign a new case number for Valerie James-Kemp; and

**IT IS FURTHER ORDERED** that both parties shall file Amended Schedules I and J as well as modified plans within 14 days of the date of the Order.