Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19−29304−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Gregory Kemp
   aka Gregory A Kemp
   913 Easy Street
   Millville, NJ 08332

Social Security No.:
   xxx−xx−0482

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on December 9, 2020.

Dated: December 10, 2020
JAN: bc

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Gregory Kemp  
    Debtor(s)

Case No. 19-29304-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 3  
Date Rcvd: Dec 10, 2020      Form ID: plncf13      Total Noticed: 32

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 12, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gregory Kemp, 913 Easy Street, Millville, NJ 08332-1587 |
| cr | + | Specialized Loan Servicing LLC, P.O. Box 340514, Tampa, FL 33694-0514 |
| 518507273 | | AES / PHEAA, PO Box 61047, Harrisburg, PA 17106-1047 |
| 518507279 | | EOS CCA, 700 Longwater Drive, Barstow, MD 20610 |
| 518613560 | | Educational Credit Management Corporation, PO Box 16408, St. Paul, MN 55116-0408 |
| 518507280 | + | First Premier Bank, 3820 N. Louise Avenue, Sioux Falls, SD 57107-0145 |
| 518507284 | + | Mohela/Dept Of Ed, 633 Spirit Drive, Chesterfield, MO 63005-1243 |
| 518507285 | | Office Of Attorney General, 25 Market Street, PO Box 112, Richard J Hughes Justice Complex, Trenton, NJ 08625-0112 |
| 518507286 | | SLS Mortgage, P.O. Box 636005, Littleton, CA 80163-6005 |
| 518507287 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State Of New Jersey, P.O. Box 245, Dept Of Treasury-Division Of Taxation, Trenton, NJ 08695-0245 |
| 519011276 | + | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 518578913 | + | The Bank of New York Mellon Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 518507289 | + | US Dept Of Ed/GLELSI, PO Box 7859, 2401 International Lane, Madison, WI 53704-3121 |
| 518507288 | + | Us Department Of Ed-, P.O. Box 5609, Greenville, TX 75403-5609 |
| 518507290 | | Wells Fargo, PO Box 60510, Los Angeles, CA 90060-0510 |
| 518575137 | + | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO BOX 130000, Raleigh, NC 27605-1000 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 10 2020 22:23:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 10 2020 22:23:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518611841 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 10 2020 23:42:42 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518507274 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Dec 10 2020 23:42:18 | Capital One, PO Box 85015, Richmond, VA 23285-5015 |
| 518523026 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Dec 10 2020 23:50:47 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518507275 | + | Email/Text: tracey.gregoire@millvillenj.gov | Dec 10 2020 22:23:00 | City Of Millville, Po Box 609, Tax Collector, Millville, NJ 08332-0609 |
| 518524547 | + | Email/Text: tracey.gregoire@millvillenj.gov | Dec 10 2020 22:23:00 | City of Millville, 12 S High St, Millville NJ 08332-4244 |
| 518507276 | | Email/Text: bankruptcy@consumerportfolio.com | Dec 10 2020 22:23:00 | Consumer Portfolio Services, Inc, PO Box 57071, Irvine, CA 92619-7071 |
| 518507277 | + | Email/Text: bankruptcy_notifications@ccsusa.com | | |

Case 19-29304-ABA    Doc 67    Filed 12/12/20    Entered 12/13/20 00:20:52    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 10, 2020 | Form ID: plncf13 | Total Noticed: 32 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Dec 10 2020 22:24:00 | Credit Collection Service, 725 Canton St., Norwood, MA 02062-2679 |
| 518507278 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 10 2020 23:46:10 | Credit One Bank Na, PO Box 98875, Las Vegas, NV 89193-8875 |
| 518507283 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 10 2020 22:22:00 | Internal Revenue Service, P.O. Box 744, Special Procedure Branch, Springfield, NJ 07081 |
| 518620607 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 10 2020 22:23:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN MI 48090-2011 |
| 518790868 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 10 2020 23:42:32 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518790869 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 10 2020 23:46:17 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518611451 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 10 2020 22:24:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 518618713 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Dec 10 2020 23:46:38 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518507281 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518507282 | * | Internal Revenue Service, Po Box 725 Special Procedures Fuction, Springfield, NJ 07081 |
| 518559169 | *P++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245, address filed with court:, State of New Jersey, Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 12, 2020    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 10, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian C. Nicholas | on behalf of Creditor The Bank of New York Mellon FKA The Bank of New York as Trustee et al... bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor The Bank of New York Mellon FKA The Bank of New York as Trustee et al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |

| | |
|---|---|
| Gavin Stewart | on behalf of Creditor Specialized Loan Servicing LLC bk@stewartlegalgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Keri P. Ebeck | on behalf of Creditor Consumer Portfolio Services  Inc. KEBECK@BERNSTEINLAW.COM, jbluemle@bernsteinlaw.com |
| Moshe Rothenberg | on behalf of Debtor Gregory Kemp moshe@mosherothenberg.com  alyson@mosherothenberg.com;ajohn880@gmail.com |
| Rebecca Ann Solarz | on behalf of Creditor The Bank of New York Mellon FKA The Bank of New York  as Trustee et al... rsolarz@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 9