Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19−29304−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Gregory Kemp
   aka Gregory A Kemp
   913 Easy Street
   Millville, NJ 08332

Social Security No.:
   xxx−xx−0482

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 5/24/23.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: May 24, 2023
JAN: har

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 19-29304-ABA
Gregory Kemp  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1  User: admin  Page 1 of 3
Date Rcvd: May 24, 2023  Form ID: 148  Total Noticed: 34

The following symbols are used throughout this certificate:
**Symbol**   **Definition**

\+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^   Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 26, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gregory Kemp, 913 Easy Street, Millville, NJ 08332-1587 |
| cr | + | Specialized Loan Servicing LLC, P.O. Box 340514, Tampa, FL 33694-0514 |
| 518507279 | | EOS CCA, 700 Longwater Drive, Barstow, MD 20610 |
| 518507287 | | State Of New Jersey, P.O. Box 245, Dept Of Treasury-Division Of Taxation, Trenton, NJ 08695-0245 |
| 518559169 | | State of New Jersey, Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 24 2023 20:59:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 24 2023 20:59:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: tracey.gregoire@millvillenj.gov | May 24 2023 20:59:00 | City of Millville, c/o City Clerk's Office, 12 South High Street, Millville, NJ 08332-4244 |
| 518507273 | | Email/Text: bncnotifications@pheaa.org | May 24 2023 20:59:00 | AES / PHEAA, PO Box 61047, Harrisburg, PA 17106-1047 |
| 518611841 | | Email/PDF: resurgentbknotifications@resurgent.com | May 24 2023 21:13:01 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518507274 | | EDI: CAPITALONE.COM | May 25 2023 00:50:00 | Capital One, PO Box 85015, Richmond, VA 23285-5015 |
| 518523026 | + | EDI: AIS.COM | May 25 2023 00:50:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518507275 | + | Email/Text: tracey.gregoire@millvillenj.gov | May 24 2023 20:59:00 | City Of Millville, Po Box 609, Tax Collector, Millville, NJ 08332-0609 |
| 518524547 | + | Email/Text: tracey.gregoire@millvillenj.gov | May 24 2023 20:59:00 | City of Millville, 12 S High St, Millville NJ 08332-4244 |
| 518507276 | | Email/Text: bankruptcy@consumerportfolio.com | May 24 2023 20:59:00 | Consumer Portfolio Services, Inc, PO Box 57071, Irvine, CA 92619-7071 |
| 518507277 | + | EDI: CCS.COM | May 25 2023 00:50:00 | Credit Collection Service, 725 Canton St., Norwood, MA 02062-2679 |
| 518507278 | + | Email/PDF: creditonebknotifications@resurgent.com | May 24 2023 21:13:14 | Credit One Bank Na, PO Box 98875, Las Vegas, NV 89193-8875 |
| 518613560 | | Email/Text: ECMCBKNotices@ecmc.org | May 24 2023 20:59:00 | Educational Credit Management Corporation, PO Box 16408, St. Paul, MN 55116-0408 |
| 518507280 | + | EDI: AMINFOFP.COM | | |

|  |  |  |  |
|---|---|---|---|
|  |  | May 25 2023 00:50:00 | First Premier Bank, 3820 N. Louise Avenue, Sioux Falls, SD 57107-0145 |
| 518507283 | EDI: IRS.COM | May 25 2023 00:50:00 | Internal Revenue Service, P.O. Box 744, Special Procedure Branch, Springfield, NJ 07081 |
| 518620607 | + Email/Text: bankruptcydpt@mcmcg.com | May 24 2023 20:59:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN MI 48090-2011 |
| 518507284 | Email/Text: EBN@Mohela.com | May 24 2023 20:59:00 | Mohela/Dept Of Ed, 633 Spirit Drive, Chesterfield, MO 63005 |
| 518507285 | ^ MEBN | May 24 2023 20:56:28 | Office Of Attorney General, 25 Market Street, PO Box 112, Richard J Hughes Justice Complex, Trenton, NJ 08625-0112 |
| 518790868 | EDI: PRA.COM | May 25 2023 00:50:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518790869 | EDI: PRA.COM | May 25 2023 00:50:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518611451 | + EDI: JEFFERSONCAP.COM | May 25 2023 00:50:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 518507286 | Email/Text: bkelectronicnoticecourtmail@computershare.com | May 24 2023 20:59:00 | SLS Mortgage, P.O. Box 636005, Littleton, CA 80163-6005 |
| 519011276 | + Email/Text: bkelectronicnoticecourtmail@computershare.com | May 24 2023 20:59:00 | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 518578913 | + Email/Text: bkelectronicnoticecourtmail@computershare.com | May 24 2023 20:59:00 | The Bank of New York Mellon Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 518507289 | + Email/Text: Great_Lakes_EBN_Docs@nelnet.net | May 24 2023 20:59:00 | US Dept Of Ed/GLELSI, PO Box 7859, 2401 International Lane, Madison, WI 53704-3121 |
| 518507288 | + Email/Text: EDBKNotices@ecmc.org | May 24 2023 20:58:00 | Us Department Of Ed-, P.O. Box 5609, Greenville, TX 75403-5609 |
| 518618713 | + EDI: AIS.COM | May 25 2023 00:50:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518507290 | EDI: WFFC.COM | May 25 2023 00:50:00 | Wells Fargo, PO Box 60510, Los Angeles, CA 90060-0510 |
| 518575137 | + EDI: WFFC2 | May 25 2023 00:50:00 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO BOX 130000, Raleigh, NC 27605-1000 |

TOTAL: 29

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518507281 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518507282 | * | Internal Revenue Service, Po Box 725 Special Procedures Fuction, Springfield, NJ 07081 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: May 24, 2023 | Form ID: 148 | Total Noticed: 34 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 26, 2023     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 24, 2023 at the address(es) listed below:**

**Name**  **Email Address**

Brian C. Nicholas
> on behalf of Creditor The Bank of New York Mellon FKA The Bank of New York  as Trustee et al... bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

Denise E. Carlon
> on behalf of Creditor The Bank of New York Mellon FKA The Bank of New York  as Trustee et al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Francis J. Ballak
> on behalf of Creditor City of Millville francis@gmslaw.com

Gavin Stewart
> on behalf of Creditor Specialized Loan Servicing LLC bk@stewartlegalgroup.com

Isabel C. Balboa
> ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Isabel C. Balboa
> on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Keith A. Bonchi
> on behalf of Creditor City of Millville keith@gmslaw.com

Keri P. Ebeck
> on behalf of Creditor Consumer Portfolio Services  Inc. KEBECK@BERNSTEINLAW.COM, jbluemle@bernsteinlaw.com;kebeck@ecf.courtdrive.com

Moshe Rothenberg
> on behalf of Debtor Gregory Kemp moshe@mosherothenberg.com  alyson@mosherothenberg.com;ajohn880@gmail.com

U.S. Trustee
> USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 10