UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Moshe Rothenberg, Esq.
880 E. Elmer Road
Vineland, New Jersey 08360
Phone: (856) 236-4374
Fax: (856) 405-6769
Attorney for Debtor(s)

In Re:

Gregory Kemp

Case No.: 19-29304

Chapter: 13

Adv. No.: N/A

Hearing Date: 6/20/2023 @ 10:00 a.m.

Judge: Andrew B. Altenburg

## CERTIFICATION OF SERVICE

1. I, Alyson Johnson.:

   ☐ represent the _____ in the above-captioned matter.

   ☒ am the secretary/paralegal for Moshe Rothenberg, Esq. who represents the Debtor in the above-captioned matter.

   ☐ am the _____ in the above case and am representing myself.

2. On June 21, 2023, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:
   **Notice of Motion to Vacate Dismissal of Case**

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: June 21, 2023                    /s/Alyson Johnson
                                        Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| **Isabel C. Balboa**<br>Chapter 13 Standing Trustee<br>Cherry Tree Corporate Center<br>535 Route 38 - Suite 580<br>Cherry Hill, NJ 08002 | Chapter 13 Trustee | ❏Hand-delivered<br>☒Regular Mail<br>❏Certified mail/RR<br>❏E-Mail<br>☒Notice of Electronic Filing (NEF)<br>❏Other_____<br>(as authorized by the court*) |
| **Francis J. Ballak**<br>Goldenberg Mackler, et al<br>660 New Road<br>Suite 1-A<br>Northfield, NJ 08225 | Counsel for City of Millville | |
| **Keith A. Bonchi**<br>Goldenberg, Mackler, Sayegh & Mintz<br>660 New Road, Suite 1A<br>Northfield, NJ 08225 | Counsel for City of Millville | |
| **Denise E. Carlon**<br>KML Law Group, PC<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106 | Counsel for The Bank of New York Mellon | |
| **Keri P. Ebeck**<br>Bernstein-Burkley, P.C.<br>601 Grant Street, 9th Floor<br>Pittsburgh, PA 15219 | Counsel for Consumer Portfolio Services, Inc. | |
| **Brian C. Nicholas**<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106 | Counsel for The Bank of New York Mellon | |
| **Rebecca Ann Solarz**<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106 | Counsel for The Bank of New York Mellon | |
| **Gavin Stewart**<br>Stewart Legal Group, P.L.<br>P.O. Box 340514<br>Tampa, FL 33694 | Counsel for Specialized Loan Servicing, LLC | |

| | | |
|---|---|---|
| **Gregory Kemp**<br>913 Easy Street<br>Millville, NJ 08332 | Debtor | ❏Hand-delivered<br>☒Regular Mail<br>❏Certified mail/RR<br>❏E-Mail<br>❏Notice of Electronic Filing (NEF)<br>❏Other_____<br>(as authorized by the court*) |
| **AES / PHEAA**<br>PO Box 61047<br>Harrisburg, PA 17106-1047<br><br>**Ashley Funding Services, LLC**<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587<br><br>**Capital One**<br>PO Box 85015<br>Richmond, VA 23285-5015<br><br>**Capital One Bank (USA), N.A.**<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118<br><br>**City Of Millville**<br>Po Box 609<br>Tax Collector<br>Millville, NJ 08332<br><br>**City of Millville**<br>12 S High St<br>Millville NJ 08332<br><br>**Consumer Portfolio Services, Inc**<br>PO Box 57071<br>Irvine, CA 92619-7071<br><br>**Credit Collection Service**<br>725 Canton St.<br>Norwood, MA 02062<br><br>**Credit One Bank Na**<br>PO Box 98875<br>Las Vegas, NV 89193<br><br>**Educational Credit Management Corporation**<br>PO Box 16408<br>St. Paul, MN 55116-0408 | Creditors | ❏Hand-delivered<br>☒Regular Mail<br>❏Certified mail/RR<br>❏E-Mail<br>❏Notice of Electronic Filing (NEF)<br>❏Other_____<br>(as authorized by the court*) |

| | | |
|---|---|---|
| **EOS CCA**<br>700 Longwater Drive<br>Barstow, MD 20610<br><br>**First Premier Bank**<br>3820 N. Louise Avenue<br>Sioux Falls, SD 57117-5524<br><br>**Internal Revenue Service**<br>P.O. Box 744<br>Special Procedure Branch<br>Springfield, NJ 07081<br><br>**Internal Revenue Service**<br>PO Box 7346<br>Philadelphia, PA 19101<br><br>**Internal Revenue Service**<br>Po Box 725 Special Procedures<br>Fuction<br>Springfield, NJ 07081<br><br>**MIDLAND FUNDING LLC**<br>PO BOX 2011<br>WARREN MI 48090<br><br>**Mohela/Dept Of Ed**<br>633 Spirit Drive<br>Chesterfield, MO 63005<br><br>**Office Of Attorney General**<br>25 Market Street, PO Box 112<br>Richard J Hughes Justice Complex<br>Trenton, NJ 08625-0112<br><br>**Portfolio Recovery Associates, LLC**<br>PO Box 41067<br>Norfolk, VA 23541<br><br>**Portfolio Recovery Associates, LLC**<br>PO Box 41067<br>Norfolk, VA 23541<br><br>**Premier Bankcard, Llc**<br>Jefferson Capital Systems LLC<br>Assignee<br>Po Box 7999<br>Saint Cloud Mn 56302-9617<br><br>**SLS Mortgage**<br>P.O. Box 636005<br>Littleton, CA 80163-6005 | | |

| | | |
|---|---|---|
| **Specialized Loan Servicing LLC**<br>6200 S. Quebec Street<br>Greenwood Village, CO 80111<br><br>**State of New Jersey**<br>Division of Taxation<br>Bankruptcy Section<br>PO Box 245<br>Trenton, NJ 08695-0245<br><br>**State Of New Jersey**<br>P.O. Box 245<br>Dept Of Treasury-Division Of Taxation<br>Trenton, NJ 08695-0245<br><br>**The Bank of New York Mellon Trustee (See 410)**<br>c/o Specialized Loan Servicing LLC<br>8742 Lucent Blvd, Suite 300<br>Highlands Ranch, Colorado 80129<br><br>**Us Department Of Ed-**<br>P.O. Box 5609<br>Greenville, TX 75403<br><br>**US Dept Of Ed/GLELSI**<br>PO Box 7859<br>2401 International Lane<br>Madison, WI 53704<br><br>**Verizon**<br>by American InfoSource as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118<br><br>**Wells Fargo**<br>PO Box 60510<br>Los Angeles, CA 90060-0510<br><br>**Wells Fargo Bank N.A., d/b/a Wells Fargo Auto**<br>PO BOX 130000<br>Raleigh, NC 27605 | | |

*May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

*Rev. 5/14/12*