Form 132 − 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19−29304−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Gregory Kemp
   aka Gregory A Kemp
   913 Easy Street
   Millville, NJ 08332

Social Security No.:
   xxx−xx−0482

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:               8/23/23
Time:               09:00 AM
Location:           Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

   An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

   **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: July 10, 2023
JAN: har

                              Jeanne Naughton
                              Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:  
Gregory Kemp  
    Debtor

Case No. 19-29304-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 3  
Date Rcvd: Jul 10, 2023      Form ID: 132      Total Noticed: 34

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 12, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gregory Kemp, 913 Easy Street, Millville, NJ 08332-1587 |
| cr | + | Specialized Loan Servicing LLC, P.O. Box 340514, Tampa, FL 33694-0514 |
| 518507279 | | EOS CCA, 700 Longwater Drive, Barstow, MD 20610 |
| 518507287 | | State Of New Jersey, P.O. Box 245, Dept Of Treasury-Division Of Taxation, Trenton, NJ 08695-0245 |
| 518559169 | | State of New Jersey, Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |
| 518507290 | | Wells Fargo, PO Box 60510, Los Angeles, CA 90060-0510 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 10 2023 21:05:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 10 2023 21:05:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: tracey.gregoire@millvillenj.gov | Jul 10 2023 21:05:00 | City of Millville, c/o City Clerk's Office, 12 South High Street, Millville, NJ 08332-4244 |
| 518507273 | | Email/Text: bncnotifications@pheaa.org | Jul 10 2023 21:05:00 | AES / PHEAA, PO Box 61047, Harrisburg, PA 17106-1047 |
| 518611841 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 10 2023 21:07:14 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518507274 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 10 2023 21:07:27 | Capital One, PO Box 85015, Richmond, VA 23285-5015 |
| 518523026 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 10 2023 21:07:14 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518507275 | + | Email/Text: tracey.gregoire@millvillenj.gov | Jul 10 2023 21:05:00 | City Of Millville, Po Box 609, Tax Collector, Millville, NJ 08332-0609 |
| 518524547 | + | Email/Text: tracey.gregoire@millvillenj.gov | Jul 10 2023 21:05:00 | City of Millville, 12 S High St, Millville NJ 08332-4244 |
| 518507276 | | Email/Text: bankruptcy@consumerportfolio.com | Jul 10 2023 21:05:00 | Consumer Portfolio Services, Inc, PO Box 57071, Irvine, CA 92619-7071 |
| 518507277 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jul 10 2023 21:05:00 | Credit Collection Service, 725 Canton St., Norwood, MA 02062-2679 |
| 518507278 | | Email/PDF: creditonebknotifications@resurgent.com | Jul 10 2023 21:07:13 | Credit One Bank Na, PO Box 98875, Las Vegas, NV 89193-8875 |
| 518613560 | | Email/Text: ECMCBKNotices@ecmc.org | Jul 10 2023 21:05:00 | Educational Credit Management Corporation, PO Box 16408, St. Paul, MN 55116-0408 |

Case 19-29304-ABA   Doc 95   Filed 07/12/23   Entered 07/13/23 00:15:29   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 10, 2023 | Form ID: 132 | Total Noticed: 34 |

| Recip ID | Bypass | Notice Type / Email | Date/Time | Name and Address |
|---|---|---|---|---|
| 518507280 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Jul 10 2023 21:07:16 | First Premier Bank, 3820 N. Louise Avenue, Sioux Falls, SD 57107-0145 |
| 518507283 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 10 2023 21:05:00 | Internal Revenue Service, P.O. Box 744, Special Procedure Branch, Springfield, NJ 07081 |
| 518620607 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 10 2023 21:05:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN MI 48090-2011 |
| 518507284 | | Email/Text: EBN@Mohela.com | Jul 10 2023 21:05:00 | Mohela/Dept Of Ed, 633 Spirit Drive, Chesterfield, MO 63005 |
| 518507285 | ^ | MEBN | Jul 10 2023 20:58:52 | Office Of Attorney General, 25 Market Street, PO Box 112, Richard J Hughes Justice Complex, Trenton, NJ 08625-0112 |
| 518790868 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 10 2023 21:07:35 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518790869 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 10 2023 21:07:14 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 518611451 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 10 2023 21:05:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 518507286 | | Email/Text: bkelectronicnoticecourtmail@computershare.com | Jul 10 2023 21:05:00 | SLS Mortgage, P.O. Box 636005, Littleton, CA 80163-6005 |
| 519011276 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Jul 10 2023 21:05:00 | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 518578913 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Jul 10 2023 21:05:00 | The Bank of New York Mellon Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 518507289 | + | Email/Text: electronicbkydocs@nelnet.net | Jul 10 2023 21:05:00 | US Dept Of Ed/GLELSI, PO Box 7859, 2401 International Lane, Madison, WI 53704-3121 |
| 518507288 | + | Email/Text: EDBKNotices@ecmc.org | Jul 10 2023 21:04:00 | Us Department Of Ed-, P.O. Box 5609, Greenville, TX 75403-5609 |
| 518618713 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 10 2023 21:07:15 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518575137 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jul 10 2023 21:17:56 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO BOX 130000, Raleigh, NC 27605-1000 |

TOTAL: 28

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518507281 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518507282 | * | Internal Revenue Service, Po Box 725 Special Procedures Fuction, Springfield, NJ 07081 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

District/off: 0312-1 | User: admin | Page 3 of 3
Date Rcvd: Jul 10, 2023 | Form ID: 132 | Total Noticed: 34

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 12, 2023        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 10, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian C. Nicholas | on behalf of Creditor The Bank of New York Mellon FKA The Bank of New York as Trustee et al... bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor The Bank of New York Mellon FKA The Bank of New York as Trustee et al... dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Francis J. Ballak | on behalf of Creditor City of Millville francis@gmslaw.com |
| Gavin Stewart | on behalf of Creditor Specialized Loan Servicing LLC bk@stewartlegalgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Keith A. Bonchi | on behalf of Creditor City of Millville keith@gmslaw.com |
| Keri P. Ebeck | on behalf of Creditor Consumer Portfolio Services Inc. KEBECK@BERNSTEINLAW.COM, jbluemle@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Moshe Rothenberg | on behalf of Debtor Gregory Kemp moshe@mosherothenberg.com alyson@mosherothenberg.com;ajohn880@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 10